UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES GEARY KING,<br><br>           Petitioner,<br><br>    vs.<br><br>MAGGIE MILLER-STOUT,<br><br>           Respondent. | NO.  CV-05-417-FVS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT |

   BEFORE THE COURT is Petitioner's Motion for Reconsideration of the court's Order directing him to either pay the $5.00 filing fee for this action, or demonstrate why he should not be required to do so. On March 28, 2006, the court received Mr. King's payment and the petition was filed. Accordingly, **IT IS ORDERED** Petitioner's Motion (Ct. Rec. 9) is **DENIED as moot.**

   **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Petitioner.

   **DATED** this   19th   day of April 2006.


                          s/ Fred Van Sickle
                          FRED VAN SICKLE
                    UNITED STATES DISTRICT JUDGE


ORDER DENYING MOTION FOR RECONSIDERATION AS MOOT -- 1